UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

In Re:

Andrew Gerbaud
Gail Gerbaud, Debtor(s)

Case No.: __22-19011 MBK__

Chapter: __13__

Hearing Date: __N/A__

Judge: __Michael B. Kaplan__

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges

filed on or about 01/09/2023.

Date: 01/10/2023          /s/ Denise Carlon
                          Signature

*rev.8/1/15*