Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19011−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew Gerbaud
1317 9th Avenue
Neptune, NJ 07753

Gail Gerbaud
dba Bella Biscotti, LLC
1317 9th Avenue
Neptune, NJ 07753

Social Security No.:
  xxx−xx−5946

  xxx−xx−6393

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 14, 2023.

Dated: February 14, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Andrew Gerbaud  
Gail Gerbaud  
    Debtors

Case No. 22-19011-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Feb 14, 2023     Form ID: plncf13     Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew Gerbaud, Gail Gerbaud, 1317 9th Avenue, Neptune, NJ 07753-5122 |
| 519792941 | | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519763677 | + | David P. Nase, 990 Cedar Bridge Ave., B7-Suite 250, Brick, NJ 08723-4159 |
| 519763680 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 519763681 | + | Global Holdings LLC, 4343 S. 118th East Avenue, Suite 220, Tulsa, OK 74146-4402 |
| 519819196 | | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 519763688 | + | Ratchford Law Group PC, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 519763690 | + | Slate Legal Group, 100 Hartsfield Center Parkway, Suite 500, Atlanta, GA 30354-1377 |
| 519763694 | + | Viva Vacation Club, PO Box 513025, Los Angeles, CA 90051-1025 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519763673 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2023 20:57:24 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519794760 | | Email/PDF: bncnotices@becket-lee.com | Feb 14 2023 20:57:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519763674 | + | Email/Text: mikem@aquasun.com | Feb 14 2023 20:45:00 | Aqua Sun Investments, 3 Sunshine Blvd., Ormond Beach, FL 32174-2921 |
| 519763675 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2023 20:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519763676 | | Email/Text: correspondence@credit-control.com | Feb 14 2023 20:45:00 | Credit Control. LLC, 3300 Rider Trail South, Suite 500, Earth City, MO 63045 |
| 519815134 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2023 20:57:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519763679 | | Email/Text: mrdiscen@discover.com | Feb 14 2023 20:45:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 519795179 | | Email/Text: mrdiscen@discover.com | Feb 14 2023 20:45:00 | Discover Bank/Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519763678 | + | Email/Text: mrdiscen@discover.com | Feb 14 2023 20:45:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519775637 | + | Email/Text: dplbk@discover.com | Feb 14 2023 20:46:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519792939 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 22-19011-MBK    Doc 24    Filed 02/16/23    Entered 02/17/23 00:17:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 3 |
| Date Rcvd: Feb 14, 2023 | Form ID: plncf13 | | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 14 2023 20:57:23 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519763682 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2023 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519763683 | | Email/Text: mikem@aquasun.com | Feb 14 2023 20:45:00 | Island Seas Resort, PO Box 917182, Orlando, FL 32891-7182 |
| 519763684 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 14 2023 20:57:13 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 519784074 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 14 2023 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519763685 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2023 20:45:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519798773 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2023 20:57:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519763686 | | Email/Text: Bankruptcy@mjrf.com | Feb 14 2023 20:45:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike, Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519763687 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 14 2023 20:57:28 | Ollo/CWS, POI Box 9222, Old Bethpage, NY 11804-9222 |
| 519763689 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 14 2023 20:46:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519786879 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 14 2023 20:46:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519763691 | | Email/PDF: gecsedi@recoverycorp.com | Feb 14 2023 20:57:19 | SYNCB / Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519765667 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 14 2023 20:57:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519763692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2023 20:57:36 | The Home Depot/CBSD, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519763693 | + | Email/Text: bankruptcy@bbandt.com | Feb 14 2023 20:45:00 | Truist, PO Box 849, Wilson, NC 27894-0849 |
| 519811310 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2023 20:57:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519763695 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2023 20:57:45 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519808739 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2023 20:57:32 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519794761 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Roger Jon Yehl | on behalf of Joint Debtor Gail Gerbaud roger.yehl@yahoo.com  r48898@notify.bestcase.com |
| Roger Jon Yehl | on behalf of Debtor Andrew Gerbaud roger.yehl@yahoo.com  r48898@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5