| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 22-19011 / MBK

Andrew Gerbaud
Gail Gerbaud

Petition Filed Date: 11/14/2022
341 Hearing Date: 12/15/2022
Confirmation Date: 02/08/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/05/2022 | $2,403.00 | 88627950 | 01/04/2023 | $2,403.00 | 89156360 | 02/03/2023 | $2,403.00 | 89775140 |
| 02/27/2023 | $2,403.00 | 90201990 | | | | | | |

**Total Receipts for the Period: $9,612.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,612.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Andrew Gerbaud | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Roger J. Yehl, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $10,957.25 | $0.00 | $10,957.25 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2018 | Unsecured Creditors | $10,794.89 | $0.00 | $10,794.89 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,704.42 | $0.00 | $10,704.42 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/1317 9TH AVE/1ST MTG/ORDER 1/26/23 | Mortgage Arrears | $5,438.45 | $709.96 | $4,728.49 |
| 6 | HACKENSACK | Unsecured Creditors | $286.27 | $0.00 | $286.27 |
| 7 | HACKENSACK | Unsecured Creditors | $1,031.89 | $0.00 | $1,031.89 |
| 8 | ALLY BANK<br>»» BANK OF MISSOURI/FAIR SQUARE | Unsecured Creditors | $1,413.17 | $0.00 | $1,413.17 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $1,183.48 | $0.00 | $1,183.48 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $5,122.78 | $0.00 | $5,122.78 |
| 11 | DISCOVER BANK | Unsecured Creditors | $2,838.92 | $0.00 | $2,838.92 |
| 12 | LVNV FUNDING LLC<br>»» SYNCHRONY/CARE CREDIT | Unsecured Creditors | $298.24 | $0.00 | $298.24 |
| 13 | WELLS FARGO BANK | Unsecured Creditors | $1,556.66 | $0.00 | $1,556.66 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $148.33 | $0.00 | $148.33 |
| 15 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $6,431.75 | $0.00 | $6,431.75 |
| 16 | LIGHTSTREAM, A DIVISION OF TRUIST BANK | Unsecured Creditors | $19,627.75 | $0.00 | $19,627.75 |
| 17 | Aqua Sun Investments | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

| 18 | Viva Vacation Club | Secured Creditors | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
|   |   | No Disbursements: Surrendered |   |   |   |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,612.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $4,459.96 | Current Monthly Payment: | $2,403.00 |
| Paid to Trustee: | $692.08 | Arrearages: | $0.00 |
| Funds on Hand: | $4,459.96 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

