| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Andrew Gerbaud**<br>**Gail Gerbaud** | Case No. | 22-19011 |
| | Chapter: | 13 |
| | Judge: | Mark E. Hall |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Andrew Gerbaud__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __12/27/2025__    _/s/ Andrew Gerbaud_
                                       Andrew Gerbaud
                                       Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Andrew Gerbaud**
**Gail Gerbaud**

Case No. **22-19011**

Chapter: **13**

Judge: **Mark E. Hall**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Gail Gerbaud**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _12-27-2025_

Gail Gerbaud
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18