Form ntcfncurv – ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–19011–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew Gerbaud
1317 9th Avenue
Neptune, NJ 07753

Gail Gerbaud
dba Bella Biscotti, LLC
1317 9th Avenue
Neptune, NJ 07753

Social Security No.:
xxx–xx–5946

xxx–xx–6393

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

TO: Andrew Gerbaud and Gail Gerbaud
    Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: January 15, 2026
JAN: mrg

Jeanne Naughton, Clerk