| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Andrew Gerbaud | Social Security number or ITIN   xxx–xx–5946 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| **Debtor 2**<br>(Spouse, if filing) | Gail Gerbaud | Social Security number or ITIN   xxx–xx–6393 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22–19011–EJO | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew Gerbaud

Gail Gerbaud
dba Bella Biscotti, LLC

<u>5/1/26</u>

**By the court:** <u>Eamonn James O'Hagan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19011-EJO |
| Andrew Gerbaud | Chapter 13 |
| Gail Gerbaud | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 01, 2026 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew Gerbaud, Gail Gerbaud, 1317 9th Avenue, Neptune, NJ 07753-5122 |
| 519763677 | + | David P. Nase, 990 Cedar Bridge Ave., B7-Suite 250, Brick, NJ 08723-4159 |
| 519763680 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 519763690 | + | Slate Legal Group, 100 Hartsfield Center Parkway, Suite 500, Atlanta, GA 30354-1377 |
| 519763694 | + | Viva Vacation Club, PO Box 513025, Los Angeles, CA 90051-1025 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 01 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 01 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519792941 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2026 21:49:59 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519763673 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2026 21:50:19 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519794760 | | Email/PDF: bncnotices@becket-lee.com | May 01 2026 21:50:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519763674 | + | Email/Text: mikem@aquasun.com | May 01 2026 21:47:00 | Aqua Sun Investments, 3 Sunshine Blvd., Ormond Beach, FL 32174-2921 |
| 519763675 | + | EDI: BANKAMER | May 02 2026 01:06:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519763676 | | Email/Text: correspondence@credit-control.com | May 01 2026 21:47:00 | Credit Control. LLC, 3300 Rider Trail South, Suite 500, Earth City, MO 63045 |
| 519815134 | | EDI: CITICORP | May 02 2026 01:06:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519763679 | | EDI: DISCOVER | May 02 2026 01:06:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 519795179 | | EDI: DISCOVER | May 02 2026 01:06:00 | Discover Bank/Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519763678 | + | EDI: DISCOVER | May 02 2026 01:06:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519775637 | + | EDI: DISCOVERPL | May 02 2026 01:06:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519763681 | | Email/Text: ConsumerAdvocacy@ghllc.com | | |

District/off: 0312-3                            User: admin                            Page 2 of 3

Date Rcvd: May 01, 2026                    Form ID: 3180W                    Total Noticed: 41

| | | | |
|---|---|---|---|
| | | May 01 2026 21:47:00 | Global Holdings LLC, 4343 S. 118th East Avenue, Suite 220, Tulsa, OK 74146 |
| 519792939 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 01 2026 21:50:06 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519763682 | EDI: IRS.COM | | |
| | | May 02 2026 01:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519763683 | Email/Text: mikem@aquasun.com | | |
| | | May 01 2026 21:47:00 | Island Seas Resort, PO Box 917182, Orlando, FL 32891-7182 |
| 519763684 | + EDI: JPMORGANCHASE | | |
| | | May 02 2026 01:06:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519784074 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | May 01 2026 21:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519763685 | + EDI: CAPITALONE.COM | | |
| | | May 02 2026 01:06:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519798773 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 01 2026 21:50:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519819196 | Email/Text: bankruptcy@bbandt.com | | |
| | | May 01 2026 21:47:00 | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 519763686 | Email/Text: Bankruptcy@mjrf.com | | |
| | | May 01 2026 21:46:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike, Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519763687 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | May 01 2026 21:49:59 | Ollo/CWS, POI Box 9222, Old Bethpage, NY 11804-9222 |
| 519763688 | ^ MEBN | | |
| | | May 01 2026 21:41:07 | Ratchford Law Group PC, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 520425094 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 01 2026 21:50:05 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520425093 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 01 2026 21:50:05 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519763689 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | May 01 2026 21:48:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519786879 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | May 01 2026 21:48:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519763691 | EDI: SYNC | | |
| | | May 02 2026 01:06:00 | SYNCB / Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519765667 | + EDI: PRA.COM | | |
| | | May 02 2026 01:06:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519763692 | + EDI: CITICORP | | |
| | | May 02 2026 01:06:00 | The Home Depot/CBSD, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519763693 | + Email/Text: bankruptcy@bbandt.com | | |
| | | May 01 2026 21:47:00 | Truist, PO Box 849, Wilson, NC 27894-0849 |
| 519811310 | + EDI: AIS.COM | | |
| | | May 02 2026 01:06:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519763695 | EDI: WFHOME | | |
| | | May 02 2026 01:06:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519808739 | EDI: WFCCSBK | | |
| | | May 02 2026 01:06:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

District/off: 0312-3        User: admin        Page 3 of 3

Date Rcvd: May 01, 2026        Form ID: 3180W        Total Noticed: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519794761 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Roger Jon Yehl | on behalf of Joint Debtor Gail Gerbaud roger.yehl@yahoo.com  r48898@notify.bestcase.com |
| Roger Jon Yehl | on behalf of Debtor Andrew Gerbaud roger.yehl@yahoo.com  r48898@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5